**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 10-24673-CIV-ALTONAGA

JEFFREY KIRSCH, AMERICAN RESIDENTIAL EQUITIES, LLC, and AMERICAN RESIDENTIAL EQUITIES, INC.,

Plaintiffs,

v.

MIGUEL CARMONA, AIDEN COUCH, JOHN HANSEN, ERICK MAGNO, CHRISTIAN CUNHA, DAVID LLOYD MERRILL, PAUL DESTEFANIS, and PETRA OPPORTUNITY FUND, LTD.,

Defendants.
_____________________________________/

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR**
**PLAINTIFF AMERICAN RESIDENTIAL EQUITIES, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1(b), Plaintiff AMERICAN RESIDENTIAL EQUITIES, LLC hereby states:

1. American Residential Equities, LLC's corporate parent is Meadow Mint, LLC.

s *David A. Freedman*
David A. Freedman, Florida Bar No. 161817
dfreedman@coffeyburlington.com
Benjamin H. Brodsky
Florida Bar No. 73748
bbrodsky@coffeyburlington.com
COFFEY BURLINGTON, P.L.
*Counsel for Plaintiffs*
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900 / Fax: 305-858-5261

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 1:10-cv-24673-CMA. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

s/David A. Freedman



COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
Email: info@coffeyburlington.com www.coffeyburlington.com